97 A.3d 264

IN THE MATTER OF FELICIA B. RUSSELL, AN ATTORNEY
AT LAW (ATTORNEY NO. 016411980).

September 5, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–354 and DRB 13–355, concluding that **FELICIA B. RUSSELL** of **SHREWSBURY,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **FELICIA B. RUSSELL** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.